**No. 43170.**—Protests 8339–K, etc., of W. E. Sellers (New York).

Opinion by DALLINGER, J. From the evidence it was found that the steel plates in question are polished on one side. The claim at 1¼ cents per pound under paragraph 309 was therefore sustained.

BEFORE THE THIRD DIVISION, JANUARY 31, 1940

**No. 43171.**—Protests 908881–G, etc., of Q. W. Lung & Co. et al. (Boston).

Opinion by EVANS, J. It was stipulated that the merchandise consists of fish in lard with beans the same as the commodity the subject of Abstract 42516. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 43172.**—Protest 13480–K of Renken & Yates Smith Corp. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of Harlequin cocktail stick, Stiltonette wafers, and Cheddar sandwiches the same as those the subject of *Renken* v. *United States* (1 Cust. Ct. 309, C. D. 73). The claim at 20 percent under paragraph 1558 was therefore sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 1, 1940

**No. 43173.**—Protests 279873–G, etc., of Elias Mallouk & Bro. (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of Venice lace the same as that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43174.**—Protests 302583–G, etc., of Shalom & Co. et al. (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of Venice laces similar to those involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and filet lace, Saxony lace, and Normandy lace similar to the merchandise passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), *Beyda* v. *United States* (T. D. 46177), and *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43175.**—Protests 362316–G, etc., of Fallani & Cohn et al. (New York).

Opinion by TILSON, J. From the evidence it was found that certain items consist of Venice lace the same as that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.